IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Hickey, Roger J

Printed: 03/10/09

Case Number: 04 B 42920
Judge: Squires, John H
Filed: 11/18/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 9, 2009
Confirmed: July 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 71,445.59 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 41,652.89 |
| Priority: |  | 0.00 |
| Administrative: |  | 26,152.60 |
| Trustee Fee: |  | 3,594.51 |
| Other Funds: |  | 45.59 |
| Totals: | 71,445.59 | 71,445.59 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Querrey & Harrow LTD | Administrative | 10,326.60 | 10,326.60 |
| 2. | Benjamin & Berneman | Administrative | 15,826.00 | 15,826.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Jamie Fritz & Toby Kane | Secured | 0.00 | 0.00 |
| 5. | American Express Travel Relate | Unsecured | 193.19 | 217.59 |
| 6. | American Express Travel Relate | Unsecured | 1,158.43 | 1,304.66 |
| 7. | Chase Manhattan Bank USA | Unsecured | 6,366.03 | 7,169.89 |
| 8. | American Express Travel Relate | Unsecured | 289.92 | 326.45 |
| 9. | ECast Settlement Corp | Unsecured | 1,872.19 | 2,108.60 |
| 10. | Jamie Fritz & Toby Kane | Unsecured | 25,680.00 | 3,084.76 |
| 11. | American Express Travel Relate | Unsecured | 5,971.57 | 6,725.62 |
| 12. | American Express Travel Relate | Unsecured | 7,220.85 | 8,132.63 |
| 13. | ECast Settlement Corp | Unsecured | 8,328.21 | 9,379.73 |
| 14. | Portfolio Recovery Associates | Unsecured | 2,843.87 | 3,202.96 |
| 15. | James Alexander | Unsecured |  | No Claim Filed |
|  |  |  | $ 86,076.86 | $ 67,805.49 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Hickey, Roger J

Printed: 03/10/09

Case Number:  04 B 42920
Judge:  Squires, John H
Filed:  11/18/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 247.17 |
| 5.5% | 586.84 |
| 5% | 119.00 |
| 4.8% | 1,264.62 |
| 5.4% | 835.21 |
| 6.5% | 387.16 |
| 6.6% | 154.51 |
|  | $ 3,594.51 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

